DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTINE HICKS,** individually, and as Personal Representative of the
**ESTATE OF TIMOTHY HICKS, SHERRY IRWIN,** individually,
**MAURICE LANCASTER,** individually, and **FLORIDA COMMUNICATION
CONCEPTS, INC.**
Appellants,

v.

**FLORIDA COMMUNICATION CONTRACTORS, LLC,
D.B.E. MANAGEMENT, INC.,** d/b/a **DBE UTILITY SERVICES,** and
**DUSTIN ERTLE,** individually,
Appellees.

No. 4D2025-1018

[July 30, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gregory Miller Keyser, Judge; L.T. Case No. 502019CA007827XXXXMB.

Joseph D. Garrity of Lorium Law, Fort Lauderdale, for appellants.

Gary Brookmyer of Brookmyer, Hochman, Probst & Jonas, P.A., Palm Beach Gardens, for appellees.


PER CURIAM.

*Affirmed.*

GROSS, LEVINE and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***